# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No: 5:03CR37-9 |
| Jerrod Ladale Dula ) | USM No: 17936-058 |
| Date of Previous Judgment: 6/17/08 ) | Mark Patrick Foster Jr. |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❏ the Director of the Bureau of Prisons ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  87 months  months **is reduced to**  69 months  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level:  35          Amended Offense Level:  33
Criminal History Category:  III       Criminal History Category:  III
Previous Guideline Range:  210 to 262 months   Amended Guideline Range:  168 to 210 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
❏ The reduced sentence is within the amended guideline range.
■ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other (explain):

**III. ADDITIONAL COMMENTS**
The defendant was originally sentenced to 210 months confinement on 1/12/06. On 6/17/08, pursuant to Rule 35, the sentence was reduced to 87 months confinement. It is further ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the

Except as provided above, all provisions of the judgment dated  6/17/08  shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  November 12, 2008

Effective Date:  November 12, 2008
       (if different from order date)

Richard L. Voorhees
United States District Judge